SOPHIE BIENAU, Appellant, v. GEORGE WEGNER, Executor, etc., of FERDINAND M. WEGNER, Deceased, Respondent.— Order requiring plaintiff to furnish a verified bill of particulars affirmed, in so far as appealed from, with ten dollars costs and disbursements; the bill of particulars to be served within five days from the entry of the order herein. No opinion. Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ., concur.

MARGUERITE BURKHARDT, by Her Guardian ad Litem, ELISABETH SELLERS, and ELISABETH SELLERS, Respondents, v. SALVATORE NATALIZIA, Appellant.—Action for personal injuries due to the infant plaintiff's tripping over a loose nosing on a step in the hall of a tenement house owned by the defendant and falling, with claimed injuries to her left foot and right hip. Judgment for infant plaintiff for injuries suffered, and for her mother for loss of services and expenses incurred, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Johnston, JJ.

LILLIAN M. FENSKE, Respondent-Appellant, v. JOHN F. FENSKE, Appellant-Respondent.—Action for a separation on the ground of abandonment. Judgment for the plaintiff wife with fixation of alimony at the rate of twelve dollars a week unanimously affirmed, with costs to the plaintiff. No opinion. Present — Young, Hagarty, Carswell and Johnston, JJ.; Lazansky, P. J., not voting.

CHARLES M. GIBBS, Respondent, v. TILGEY REALTY CORPORATION and Another, Defendants, and NATHAN GOLD, Appellant.— In an action to set aside an assignment of a bond and mortgage and to compel an assignment to plaintiff of an interest therein, and for an accounting, order denying motion of defendant Gold to vacate a notice for his examination before trial and directing such examination on certain matters, reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. In our opinion, this case is not one where plaintiff is entitled to examine said defendant before trial upon the affirmative defenses contained in his answer, and the court, in directing such examination improperly exercised its discretion. Plaintiff may obtain all the information he seeks from a bill of particulars of said defendant's defenses. Young, Hagarty, Davis and Johnston, JJ., concur; Lazansky, P. J., dissents and votes to affirm.